AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
[redacted], and Abraham DIAZ-MOURE

*Defendant(s)*

Case No. 26-3327-JDH

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2026-September 2026 in the county of Essex in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances. |

This criminal complaint is based on these facts:

Please see attached affidavit from DEA Task Force Officer Rafael Duran.

☑ Continued on the attached sheet.

Rafael Duran (JDH)
*Complainant's signature*

Rafael Duran, DEA Task Force Officer
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: September 9, 2026

*Judge's signature*

City and state: Boston, MA

Hon. Jessica D. Hedges, U.S. Magistrate Judge
*Printed name and title*